UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH HENDERSON,

    Plaintiff,

v.

UNKNOWN OLSEN and
UNKNOWN MANN,

    Defendants.
_____/

Case No. 2:20-cv-252

HON. JANE M. BECKERING

## **ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (ECF No. 37). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 15, 2023 (ECF No. 40), recommending that this Court grant Defendants' motion for summary judgment. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 40) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 37) is GRANTED.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.


Dated: April 13, 2023　　　　　　　　　　　　　　　　　　　/s/ Jane M. Beckering
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JANE M. BECKERING
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge